UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*

Debtor:  HECTOR M. MARQUEZ MALDONADO and DOUCE A ALICEA MARRERO
Case Number:  11-03666-BKT13             Chapter: 13
Date / Time / Room: 10/20/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk:  AIDA MACHARGO
Reporter / ECR:   LORI ANNIE RODRIGUEZ
*Matter:*

**Confirmation Hearing**

*Appearances:*

**MAYRA ARGUELLES FOR  CHAPTER 13 TRUSTEE**


*Proceedings:*

**ORDER:**

The confirmation of plan dated 6/07/2011 (docket #16) is denied. L.B.R.  3015-2(h) applies.

 Debtors' attorney to show cause within ten (10) days, as to why she has failed to appear at today's hearing.

 SO ORDERED.

                                        /S/BRIAN K. TESTER
                                        U.S. Bankruptcy Judge