UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
HECTOR M MARQUEZ MALDONADO
DOUCE A ALICEA MARRERO

    DEBTOR (S)

CASE NO. 11-03666-BKT

CHAPTER 13

## TRUSTEE'S POSITION
## REGARDING APPLICATION FOR ATTORNEY'S FEES

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee has no opposition to Debtor's attorney's request for additional Attorney's Fees.(Docket # 36 ).

    WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned regarding application for attorney fees.

    CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to:  Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Friday, November 4, 2011.

 

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535   FAX (787)977-3550